No. 425. HEREDEROS DE CRUZ JIMÉNEZ, PETICIONARIOS, *v.* CORTE DE DISTRITO DE HUMACAO, HON. P. BERGA, JUEZ, DEMANDADO.—R. nov. 9, 1923. En la solicitud de *certiorari* presentada en este caso en sept. 12, 1923, cuando esta Corte estaba en vacaciones, se alegó como sigue: ''En observancia de lo dispuesto en la ley del caso y en las reglas 69 y siguientes de las de esta Hon. Corte los peticionarios alegan: que solicitan de esta Corte Suprema el ejercicio de su jurisdicción original para que expida dicho auto, porque habiendo dirigido a la corte de distrito una moción para que reconsidere y anule su resolución del 31 de agosto no solamente no la ha anulado sino que ha diferido considerar dicha moción hasta el mes de noviembre próximo:''

Y habiendo llegado el mes de noviembre sin que la solicitud de *certiorari* haya sido aún resuelta, teniendo por tanto oportunidad la parte interesada de insistir en que su caso sea primeramente decidido por la corte de distrito:

La Corte Suprema, en el ejercicio de su discreción, por tal motivo, niega la expedición del auto solicitado.

Nos. 429 y 430. COMISIÓN DE INDEMNIZACIONES A OBREROS, PETICIONARIA, *v.* CORTE DE DISTRITO DE ARECIBO.—R. nov. 12, 1923. Descansando la concesión de prórrogas en la sana discreción de la corte y no demostrando la solicitud de *certiorari* que al negar la prórroga de que se trata la corte abusara de su poder discrecional, no ha lugar a expedir el auto.

No. 3115. CRESPO ET AL., APELADOS, *v.* CRESPO ET AL., APELANTES.—C. de D. de Aguadilla. R. nov. 13, 1923. Declarada con lugar la corrección de autos pedida por los apelantes.